without costs. All concur, except PRATT, J., not sitting.

GRANZ, Respondent, v. LICHTENHEIM, Appellant. (Supreme Court, Appellate Division, Third Department. May 21, 1896.) Action by August Granz against Louis Lichtenheim. No opinion. Judgment and order affirmed, with costs. All concur, except LANDON, J., not voting.

GRIFFIN, Respondent, v. CITY OF BROOKLYN, Appellant. (Supreme Court, Appellate Division, Second Department. June 23, 1896.) Action by John Griffin against the city of Brooklyn. No opinion. Judgment and order affirmed, with costs. All concur.

HATHAWAY v. LUTHER. (Supreme Court, Appellate Division, Third Department. April 27, 1896.) Action by Azariah J. Hathaway against George N. Luther. No opinion. Judgment of county court affirmed, with costs. All concur.

HAUSER, Appellant, v. LUHRS et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 23, 1896.) Action by Frederick Hauser, as administrator, etc., against Henry Luhrs and others. No opinion. Judgment affirmed, with costs. All concur, except PRATT, J., not sitting.

HEERDEGEN, Appellant, v. AMERICAN SURETY CO. OF NEW YORK, Respondent. (Supreme Court, Appellate Term, First Department. June, 1896.) Action by John Heerdegen against the American Surety Company of New York. William R. Bronk, for appellant. H. C. Wilcox, for respondent. No opinion. Upon argument, appeal was dismissed, with $10 costs and disbursements. See 35 N. Y. Supp. 1108.

HEILBRONNER, Respondent, v. NEW YORK EL. RY. CO. et al., Appellant. (Supreme Court, Appellate Division, First Department. May 15, 1896.) Action by Samuel Heilbronner against the New York Elevated Railway Company and others. J. T. Davies, for appellants. G. G. Bennett, for respondent. No opinion. Judgment affirmed, with costs.

HIRSHFELD, Appellant, v, FITZGERALD et al., Respondents. (Supreme Court, Appellate Division, First Department. June 12, 1896.) Action by Jacob Hirshfeld, suing in his own behalf, and in behalf of all other creditors of the Madison Square Bank, against Lawrence J. Fitzgerald, F. Cyrus Straat, Rufus T. Peck, and William Fitts, impleaded with John Bopp and others. Louis Marshall, for appellant. Franklin Pierce, for respondents.

PER CURIAM. We do not think that there was any error committed by the court below in allowing the defendants to serve the supplemental answer in question. In affirming this order, we do not, however, intend to intimate what the legal effect would be of the proof which may be offered to sustain the allegations contained in such supplemental answer. That depends so largely upon the nature of the evidence which may be offered that any assumption arising from our affirmance of the order, as to our views upon the law, might be entirely erroneous. And, furthermore, if the order were reversed, and the motion to serve the supplemental answer denied, there would be no opportunity for the defendants to review our decision. The order should be affirmed, with $10 costs and disbursements.

HIRSHFELD, Appellant, v. McDONALD, et al., Respondents. (Supreme Court, Appellate Division, First Department. June 12, 1896.) Action by Jacob Hirshfeld, suing in his own behalf, and in behalf of all other creditors of the Madison Square Bank, against Ronald T. McDonald and Ernest F. Heppe, impleaded with John Bopp and others. Louis Marshall, for appellant. Franklin Pierce, for respondent.

PER CURIAM. For the reasons stated in the opinion in the case of Hirshfeld v. Fitzgerald and others (decided herewith), the order appealed from should be affirmed, with $10 costs and disbursements.

In re HITCHCOCK MANUF'G CO. (Supreme Court, Appellate Division, Third Department. April 27, 1896.) In the matter of the application for the voluntary dissolution of the Hitchcock Manufacturing Company. No opinion. Motion for leave to appeal to the court of appeals granted. All concur. See 37 N. Y. Supp. 834.

HOGAN, Respondent, v. LARCHMONT ELECTRIC CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 2, 1896.) Action by John Hogan against the Larchmont Electric Company. No opinion. Judgment affirmed, with costs, upon the opinion in Palmer v. Larchmont Electric Company, 39 N. Y. Supp. 522. All concur, except CULLEN, J., not sitting.

HOPP, Respondent, v. NORTON CAN CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 23, 1896.) Action by Jacob Hopp, an infant, by Fred D. Gibb, his guardian ad litem, against the Norton Can Company. No opinion. Order affirmed, with $10 costs and disbursements, upon the plaintiff's attorney filing stipulation to act without compensation. All concur.

HOUGH et al., Respondents, v. BENEDICT et al., Appellants. (Supreme Court, Appellate Division, Third Department. April 20, 1896.) Action by Gordon Hough and others against Melissa P. Benedict, impleaded with the Petit Bijou Piano Company and others. No opinion. Order affirmed, with $10 costs and disbursements.

HOWE et al., Respondents, v. CLARK et al., Appellants. (Supreme Court, General Term, Fourth Department. December, 1895.) Action by Hezekiah Howe and others against William H. Clark and others. No opinion. Judgment reversed, and a new trial ordered, with costs to abide the event.